**Appeal Dismissed and Memorandum Opinion filed January 13, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-21-00586-CV

**OBINNA  RICHARDS, Appellant**

**V.**

**SAMUEL  DIMINAS, Appellee**

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-259695**

## MEMORANDUM  OPINION

This is an attempted appeal from an order signed September 29, 2021. The order being appealed is not a final, appealable judgment and is not reviewable on interlocutory appeal. *See Matassarin v. Odiorne*, No. 04-01-00498-CV, 2001 WL 1479258, at *1 (Tex. App.—San Antonio Nov. 21, 2001, no pet.) (per curiam) ("An order for monetary sanctions rendered in connection with an underlying lawsuit is interlocutory if it does not dispose of all parties and claims in the lawsuit."); *Kamel v. Advocare Int'l, L.P.*, No. 05-15-01295-CV, 2016 WL 836809,

at *1 (Tex. App.—Dallas Mar. 4, 2016, no pet.) (mem. op.) ("A sanctions order that does not dispose of all the parties and issues is neither an appealable final judgment nor an appealable interlocutory order.").

On November 24, 2021, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before December 9, 2021. *See* Tex. R. App. P. 42.3(a). No response was filed.

We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Spain, and Hassan.